IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JORGE LUIS PABON PEREZ

DEBTOR(S)

CASE NO.   13-10837-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **February 05, 2014**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

PLAN DATE: December 27, 2013          PLAN BASE: $18,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/22/2014

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**1- Debtor to provide evidence being current with DSO post-petition payments from April until confirmation hearing date. 2- Debtor needs to provide evidence of state court order regarding reduction of DSO payment from $550 to $300. 2- Motion to dismiss filed by trustee on 2-27-2014 dkt. 10 is pending to court adjudication.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$136.00/$2,864.00

Atty:   R FIGUEROA CARRASQUILLO

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910
  **ALEJANDRO OLIVERAS RIVERA**
  Chapter 13 Trustee
  PO Box 9024062, Old San Juan Station
  San Juan PR 00902-4062
  CAC - EN