UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

| | | | |
|---|---|---|---|
| Debtor: | JORGE PABON PEREZ | Case Number: | 13-10837-MCF |
| Joint Debtor: | | Chapter: | 13 |
| Date / Time / Room: | 5-8-2014 at 9:00 AM | Courtroom: | 03 |
| Bankruptcy Judge: | MILDRED CABAN FLORES | | |
| Courtroom Clerk: | MARIBEL MONTALVO | | |
| Reporter / ECR: | ANGEL MENDEZ | | |

### Matter:
CONFIRMATION HEARING OF PLAN DATED 12/27/2013 (DKT #2)

### Appearances:
Trustee: ALEJANDRO OLIVERAS RIVERA
Debtor Attorney: ROBERTO FIGUEROA CARRASQ
Creditor/Others: ROBERTO FIGUEROA CARRASQUILLO

### Proceedings:

☐ Plan Dated:_____ [Docket no. ___] is: ☐ CONFIRMED* ☐ NOT CONFIRMED.

☐ Confirmation of plan is denied. PR LBR 3015-2 (i) applies: the Court may issue an order dismissing the Chapter 13 case unless, within fourteen (14) days after denial of confirmation: (1) the debtor files a new Modified Chapter 13 Plan and/or Related Motions; (2) the debtor converts or moves to convert the case to another chapter of the Bankruptcy Code; (3) the debtor files a motion for relief from judgment or order, or appeals the denial of confirmation; or (4) the Court otherwise orders. Clerk is to follow up.

☑ Hearing on Confirmation is continued to: _July 10, 2014 at 1:30PM_.

☐ The motion to dismiss filed by _____ is:
  ☐ Granted*  ☐ Denied.*  ☐ Withdrawn.*  ☐ Moot.*

☐ The motion to convert filed by _____ is:
  ☐ Granted*  ☐ Denied.*  ☐ Withdrawn.*  ☐ Moot.*

☐ Additional Comments:

Page 1