IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JORGE LUIS PABON PEREZ

DEBTOR(S)

CASE NO. 13-10837-MCF

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

### TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **February 05, 2014**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

PLAN DATE: December 06, 2013          PLAN BASE: $61,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/3/2014

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**Debtor has arrears of $300 from January (next month due on June 26)..**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

**5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

**Debtor to address Schedule J line 18 (DSO) the amount listed of $400 as DSO obligation. Document submitted discloses that amount is $300 and not $400.**

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**1- Submit stamped copy of the court's decision, on the reduction of DSO payment from the amount of $500 to $300. Copy submitted is not stamped and contain contradictory information between the date of hearing celebrated on May 6, 2014 and notification date was May 5, 2014. 2- Debtor to submit evidence of DSO post-petition payment from April 2014 until confirmation hearing date.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$136.00/$2,864.00

Atty: R FIGUEROA CARRASQUILLO

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CAC - EN

Case:13-10837-MCF13 Doc#:22 Filed:06/03/14 Entered:06/03/14 16:37:19 Desc: Main
Document Page 2 of 2
TRUSTEE'S REPORT ON CONFIRMATION Page 2